VACLAV HRUBY ET AL., APPELLANTS, V. SOVEREIGN CAMP,
WOODMEN OF THE WORLD, APPELLEE.

FILED MARCH 20, 1909. No. 15,483.

Appeal: LAW OF CASE. "When the evidence is substantially the same
as on a former appeal, the weight and effect to be given such
evidence must be considered as foreclosed by the former decision
on that point." *Mead v. Tzschuck*, 57 Neb. 615.

APPEAL from the district court for Cuming county:
GUY T. GRAVES, JUDGE. *Affirmed.*

*F. Dolezal,* for appellants.

*A. H. Burnett,* contra.

FAWCETT, J.

This case is here for the second time. A complete state-
ment of the issues and review of the evidence may be found
in the opinion of HOLCOMB, J., 70 Neb. 5. On the first
trial in the district court there was a verdict and judg-
ment for plaintiff. On appeal to this court the judgment
was reversed and the case remanded, for the reason that
the evidence was not sufficient to sustain any verdict in
favor of the plaintiff. On the second trial in the lower
court the jury were directed to return a verdict in favor
of the defendant, which was done, and judgment ren-
dered thereon, from which judgment this appeal is prose-
cuted.

It is conceded that the evidence in the record now be-
fore us is substantially the same as that which was
presented on the former hearing. Appellants' main argu-
ment here is that our former decision was wrong. That
question was fully discussed and considered on the appli-
cation for a rehearing of the former decision, and decided
adversely to plaintiff's contention. The evidence upon
the former hearing seems to have received very full and

careful consideration by the court, and we must decline to further review it.

The judgment of the district court is therefore

AFFIRMED.